In the Matter of the Application of JAMES CONWAY, Appellant, for a Writ of Mandamus to JOHN T. FETHERSTON, as Commissioner of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

ELI KAMENER and JACOB WACHSMAN, Respondents, v. WALTER H. ROZELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

BECKIE LACOV, Respondent, v. BIG " T " FILM CORPORATION and Another, Defendants, Impleaded with JAMES O. MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

SAMUEL H. LUMMIS, as Trustee in Bankruptcy, etc., Appellant, v. J. SPENCER CROSBY and Others, Defendants, Impleaded with ANNA H. STIER, Respondent.— Judgment on the pleadings dismissing the complaint affirmed, with costs, on the authority of Lummis v. Crosby (176 App. Div. 315). Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

THE MANUFACTURERS' NATIONAL BANK OF BROOKLYN, Plaintiff v. CLARA B. MORLEY, Defendant, and ALFRED E. OWERS, Respondent. MANUFACTURERS' TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

CHARLES H. MAURO, Appellant, v. HOWARD COOPER, Respondent.— Judgment of the Appellate Term unanimously affirmed, with costs. We think there is compliance with the requirements of section 125 of the Municipal Court Code of the city of New York* when the court renders judgment on the merits and it makes a note of that fact. When a note is not made, the judgment is to be deemed one of nonsuit, and we hold that it is a judgment of nonsuit we are affirming. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

GROVER C. MORCH, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JOHN F. MORONEY, Appellant, v. LAWRENCE C. MANUEL, Respondent.— Judgment of dismissal modified by striking out the words " on the merits," and as so modified unanimously affirmed, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

MARY NICHOLSON, as Administratrix, etc., of JOHN NICHOLSON, Deceased, Respondent, v. GREELEY SQUARE HOTEL COMPANY, Appellant.— Judgment and order reversed and complaint unanimously dismissed, with costs, on the ground that decedent was guilty of contributory negligence as matter of law. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

---

* Laws of 1915, chap. 279, § 125.— [REP.